IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT LELAND MURPHY,<br><br>Defendant. | CR 17-31-BLG-SPW<br><br>**ORDER** |

Defendant appeared before the Court on May 14, 2020, for a detention hearing. For reasons set forth on the record, the Court cannot find by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of any other person or the community if released. Accordingly, Defendant shall be detained pursuant to 18 U.S.C. § 3143(a). Defendant is remanded to the custody of the United States Marshals Service.

DATED this 14th day of May, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge